THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jon Paul Smart,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge
Kenneth G. Goode, Circuit Court Judge 

Unpublished Opinion No. 2003-UP-092
Submitted November 20, 2002  Filed 
 January 30, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Cecil Kelley Jackson, of Sumter; for Respondent.
 
 
 

PER CURIAM:  Jon Paul Smart appeals his 
 guilty plea to murder, armed robbery, grand larceny of an automobile, conspiracy, 
 and escape.  Counsel for Smart attached to the final brief a petition to be 
 relieved as counsel.  Smart did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Smarts appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., 
 concur.